UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

FILED

OCT 20 2025

Clerk, US District Court
District of Montana - Billings

Yu Hin Chan

                     Plaintiff             Case No. CV-25-128-BLG-TJC

              v.

Karen May Bacdayan, Kevin C. McClanahan,       Jury Trial Demanded

Carmen A. Pacheco, Dawn Hill-Kearse,

Wavny Toussaint, Re/Max                  - Complaint

                 Defendants

_____

1. The current owner of the apartment where Plaintiff resides is Re/Max, as the former owner claimed in his sworn affidavit,

2. All defendants conspired together and deprived Plaintiff of due process,

3. This Court has jurisdiction under the RICO Act.

PRAYER FOR RELIEF

Plaintiff demands $1 Billion against all Defendants.

VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 10/12/25